## DeCesare v. Marino, Appellants (No. 2).

This case was argued with No. 139, October Term, 1919, and for the reasons stated in the opinion this day filed therein, the judgment is affirmed.